**People of the City of Kewanee, Plaintiff-Appellee, v. Pete Fischer, Defendant-Appellant.**

**Gen. No. 67–19. (Abstract of Decision.)**

Third District.
September 21, 1967.

William E. Stewart, of Kewanee, for appellant; Fred J. Brown and Gregg A. Young, of Kewanee, for appellee. Opinion by JUSTICE ALLOY. Not to be published in full.